**Electronically Filed
Supreme Court
SCOT-24-0000454
27-SEP-2024
10:42 AM
Dkt. 10 ODSD**

SCOT-24-0000454

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

LEROY LEE BOLDEN,
Plaintiff-Appellant,

vs.

STATE OF HAWAIʻI,
Defendant-Appellee.

_____

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CCV-23-0000188)

ORDER DISMISSING APPEAL
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

On July 1, 2024, a Notice of Appeal from Plaintiff-Appellant Leroy Lee Bolden (Bolden) was filed in this court. It is the Intermediate Court of Appeals that has jurisdiction over an appeal from final judgments or orders in a civil case in circuit court. See Hawaiʻi Revised Statutes § 641-1(a) (2016).

IT IS HEREBY ORDERED that the Notice of Appeal filed in this court on July 1, 2024, is dismissed.

IT IS FURTHER ORDERED that Bolden's request to proceed in forma pauperis is dismissed as moot.

DATED:  Honolulu, Hawai'i, September 27, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens